# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

Case Number: 09-02140-hb

## ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 09-02140-HB |
| | ) | |
| BI-LO, LLC, et al.,[1] | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | **(Joint Administration)** |
| | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **PRO HAC VICE ADMISSION** |

This matter comes before the Court upon the Motion in Support of *Pro Hac Vice* Admission and Application/Affidavit filed by George B. Cauthen for permission for Michael L. Raiff to appear as associate counsel for BI-LO, LLC.

It appearing that the Application/Affidavit and Motion meet the requirements of South Carolina Local Bankruptcy Rule 9010-1, the Motion is granted; however, the applicant is authorized to appear only in matters arising in the above-captioned bankruptcy case and in adversary proceedings related thereto, in conjunction with local counsel identified below:

LOCAL COUNSEL:

George B. Cauthen
PO Box 11070
Columbia, SC

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: BI-LO, LLC (0130); BI-LO Holding, LLC (5011); BG Cards, LLC (4159); ARP Ballentine LLC (6936); ARP James Island LLC (9163); ARP Moonville LLC (0930); ARP Chickamauga LLC (9515); ARP Morganton LLC (4010); ARP Hartsville LLC (7906); and ARP Winston Salem LLC (2540)..