Obj. Due: August 20, 2009, 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 Case |
| BI-LO, LLC, et al., ) | |
| ) | Case No. 09-02140 (HEB) |
| ) | |
| Debtors.[1] ) | Jointly Administered |

**NOTICE OF FILING BY AP SERVICES, LLC OF
REPORT OF COMPENSATION EARNED AND EXPENSES INCURRED
FOR THE PERIOD FROM MARCH 23, 2009 THROUGH JUNE 30, 2009**

In accordance with the Final Order Under 11 U.S.C. §§ 105 and 363 Authorizing the Employment of AP Services, LLC ("APS") as Crisis Managers for the Debtors (Docket No. 30), notice is hereby given that APS has filed a report of compensation earned and expenses incurred for the period of March 23, 2009 through June 30, 2009.

Objections, if any, are due on or before 4:00 p.m. on August 20, 2009. At the same time, you must also serve a copy of the response on APS, 2000 Town Center, Suite 2400, Southfield, MI 48075 attention: Laura Eisele.

A HEARING WILL BE HELD, only if an objection is timely filed and served, before the Honorable Helen E. Burris, U.S. Bankruptcy Judge, United States, Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201-2423, at a date and time to be scheduled by the Court.

Dated: July 31, 2009        */s/ Michael Feder*
Michael Feder
Authorized Representative
AP Services, LLC

---

[1] The Debtors and the last four digits of their respective tax identification numbers are: BI-LO, LLC (0130); BI-LO Holding, LLC (5011); BG Cards, LLC (4159); ARP Ballentine LLC (6936); ARP James Island LLC (9163); ARP Moonville LLC (0930); ARP Chickamauga LLC (9515); ARP Morganton LLC (4010); ARP Hartsville LLC (7906); and ARP Winston Salem LLC (2540).

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 09-02140-hb |
| BI-LO, LLC *et al.*, | Chapter 11 |
| Debtors. | (Joint Administration) |

CERTIFICATE OF SERVICE

I, the undersigned administrative assistant of the law offices of Nelson Mullins Riley & Scarborough, L.L.P., attorneys for the Debtors, do hereby certify that I have served the below parties in this action with a copy of the pleading(s) hereinbelow specified via United States Mail, postage prepaid, to the following address(es):

Pleading: NOTICE OF FILING BY AP SERVICES, LLC OF REPORT OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD FROM MARCH 23, 2009 THROUGH JUNE 30, 2009

Parties Served: **United States Mail, Postage Prepaid**

Joseph F. Buzhardt, III
Office of the US Trustee
1835 Assembly Street, Suite 953
Columbia, SC 29201-2448

G. William McCarthy, Jr.
McCarthy Law Firm, LLC
P.O. Box 11332
Columbia, SC 29211-1332

/s/ Patricia A. Alexander
Patricia A. Alexander, Admin. Assistant to
Betsy J. Burn, ID No. 7574
P.O. Box 11070
Columbia, SC 29211
(803) 799-2000

July 31, 2009